

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 4, 2017

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                            CHAPTER 13

**THOMAS ADEN WALLEY**                                        CASE NO: 17-50612-KMS
**DEBTOR**

## AGREED ORDER ON OBJECTION
## TO SECURED CLAIM OF RICHTON BANK

THIS CAUSE having come on to be heard on Objection to Secured Claims and Other Relief (Docket #17) filed by the Debtor and the Response of Richton Bank and Trust Company to Objection to Secured Claims and Other Relief (Docket #23) and the Court having considered the same and finding that the parties have reached an agreement on this matter does hereby Order as follows:

1. This Order shall control the treatment of the claim of Richton Bank and Trust Company and any previously proposed plans shall hereby be amended to reflect the treatment ordered herein; and

2. The claim of Richton Bank and Trust Company, P.O. Box 527 Richton, MS 39476, be and the same shall be paid at the value of $102,145.76 plus five percent (5%) interest over the life of the plan with the balance to be paid the same percentage distribution as all other unsecured debt through the Chapter 13 plan; and

3. That in the event of a timely filed and/or allowed Proof of Claim is filed by or on behalf of Richton Bank and Trust Company evidencing an unsecured interest, that Richton Bank and Trust Company be paid the same percentage distribution as all other unsecured creditors through the Chapter 13 plan; and

4. Upon payment of the claim in accordance with Section 1325(a)(5) of the Bankruptcy Code and, unless otherwise ordered by the Court, Richton Bank and Trust Company shall release its lien and otherwise comply with applicable non-bankruptcy law.

##END OF ORDER##

Prepared by:
Wesla Sullivan Leech
MSB #1174
Attorney for Richton Bank and Trust Co.
P.O. Box 575
Mendenhall, MS 39114
(o) (601) 847-2361
(f) (601) 847-0662
wsleech@comcast.net
wslatty@gmail.com

APPROVED AND AGREED:


/S/ Wesla Sullivan Leech
Attorney for Creditor, Richton Bank and Trust Company


_____
Thomas Carl Rollins, Jr
Attorney for the Debtor

/s/Samuel J. Duncan, Atty for
_____
Hon. J.C. Bell, Chapter 13 Trustee
Hon. Samuel J. Duncan
17-50612

Prepared by:
Wesla Sullivan Leech
MSB #1174
Attorney for Richton Bank and Trust Co.
P.O. Box 575
Mendenhall, MS 39114
(o) (601) 847-2361
(f) (601) 847-0662
wsleech@comcast.net
wslatty@gmail.com

APPROVED AND AGREED:

/S/ Wesla Sullivan Leech
Attorney for Creditor, Richton Bank and Trust Company

_____
Thomas Carl Rollins, Jr
Attorney for the Debtor


_____
Hon. J.C. Bell, Chapter 13 Trustee
Hon. Samuel J. Duncan